UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 DEC 18 AM 8:41

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>REYNOLDO PULIDO-NUNES,<br><br>　　　　　　　　Defendant. | CASE NO. 13cr3877-AJB<br><br>　　　　　　　　DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ 　the Court has dismissed the case for unnecessary delay; or

_X_ 　the Court has granted the motion of the Government for dismissal, without prejudice; or

___ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

___ 　a jury has been waived, and the Court has found the defendant not guilty; or

___ 　the jury has returned its verdict, finding the defendant not guilty;

_X_ 　of the offense(s) as charged in the Indictment:

　　21:952 and 960 - Importation of Marijuana and Methamphetamine

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/13/13

　　　　　　　　　　　　　　　Anthony J. Battaglia
　　　　　　　　　　　　　　　U.S. District Judge